# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § § § | **Chapter 11** |
| **UTEX INDUSTRIES, INC.,** | § § | **Case No. 20-34932 (DRJ)** |
| Debtor. | § § | |
| Tax I.D. No. 74-0959867 | § § § § | **(Emergency Hearing Requested)** |
| **In re:** | § § § | **Chapter 11** |
| **UTEX HOLDING, INC.,** | § § | **Case No. 20-34944 (DRJ)** |
| Debtor. | § § | |
| Tax I.D. No. 20-3298260 | § § § § | **(Emergency Hearing Requested)** |
| **In re:** | § § § | **Chapter 11** |
| **APPLIED RUBBER TECHNOLOGY, INC.,** | § § | **Case No. 20-34934 (DRJ)** |
| Debtor. | § § | |
| Tax I.D. No. 76-0101790 | § § § § | **(Emergency Hearing Requested)** |
| **In re:** | § § § | **Chapter 11** |
| **CAM SPECIALTY INTERMEDIATE HOLDINGS, INC.,** | § § | **Case No. 20-34937 (DRJ)** |
| Debtor. | § § | |
| Tax I.D. No. 26-1949099 | § § § § | **(Emergency Hearing Requested)** |

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **DURAQUEST, INC.,** | § | **Case No. 20-34939 (DRJ)** |
| | § | |
| Debtor. | § | |
| | § | **(Emergency Hearing Requested)** |
| **Tax I.D. No. 76-0367017** | § | |
| | § | |
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **ENERGY PRODUCTS LLC,** | § | **Case No. 20-34940 (DRJ)** |
| | § | |
| Debtor. | § | |
| | § | **(Emergency Hearing Requested)** |
| **Tax I.D. No. 46-2738160** | § | |
| | § | |
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **AREFCO SEALS, INC.,** | § | **Case No. 20-34936 (DRJ)** |
| | § | |
| Debtor. | § | |
| | § | **(Emergency Hearing Requested)** |
| **Tax I.D. No. 84-1645258** | § | |
| | § | |
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **CAM SPECIALTY PRODUCTS, INC.,** | § | **Case No. 20-34937 (DRJ)** |
| | § | |
| Debtor. | § | |
| | § | **(Emergency Hearing Requested)** |
| **Tax I.D. No. 76-0018342** | § | |
| | § | |
| | § | |

2

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **WORK MANUFACTURING, L.L.C.,** | § | **Case No. 20-34945 (DRJ)** |
| | § | |
| Debtor. | § | |
| | § | **(Emergency Hearing Requested)** |
| Tax I.D. No. 20-1295341 | § | |
| | | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **RSH UTEX HOLDINGS, LLC** | § | **Case No. 20-34942 (DRJ)** |
| | § | |
| Debtor. | § | |
| | § | **(Emergency Hearing Requested)** |
| Tax I.D. No. 82-3474048 | § | |
| | | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **INDUSTRIAL SEALING SOLUTIONS HOLDINGS INC.** | § | **Case No. 20-34941 (DRJ)** |
| Debtor. | § | |
| | § | **(Emergency Hearing Requested)** |
| Tax I.D. No. 27-4110104 | § | |
| | | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **UI SEALING TECHNOLOGIES INTERMEDIATE HOLDINGS INC.** | § | **Case No. 20-34943 (DRJ) §** |
| Debtor. | § | |
| | § | **(Emergency Hearing Requested)** |
| Tax I.D. No. 20-8879553 | § | |

### EMERGENCY MOTION OF DEBTORS PURSUANT TO FED. R. BANKR. P. 1015(b) AND LOCAL RULE 1015-1 FOR AN <u>ORDER DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES</u>

> **EMERGENCY RELIEF HAS BEEN REQUESTED. A HEARING WILL BE CONDUCTED ON THIS MATTER ON OCTOBER 9, 2020, AT 12:00 P.M. (CENTRAL TIME) BY AUDIO AND VIDEO COMMUNICATIONS AS SET FORTH BELOW. IF YOU OBJECT TO THE RELIEF REQUESTED OR YOU BELIEVE THAT EMERGENCY CONSIDERATION IS NOT WARRANTED, YOU MUST EITHER APPEAR AT THE HEARING OR FILE A WRITTEN**

> **RESPONSE PRIOR TO THE HEARING. OTHERWISE, THE COURT MAY TREAT THE PLEADING AS UNOPPOSED AND GRANT THE RELIEF REQUESTED.**
>
> **RELIEF IS REQUESTED NOT LATER THAN OCTOBER 9, 2020.**
>
> **PLEASE NOTE THAT THROUGH ENTRY OF GENERAL ORDER 2020-19 ON AUGUST 7, 2020, THE COURT HAS EXTENDED THE USE OF THE PROTOCOL FOR EMERGENCY PUBLIC HEALTH OR SAFETY CONDITIONS (ADOPTED BY GENERAL ORDER 2020-4; INVOKED BY GENERAL ORDERS 2020-10 AND 2020-10A AND AS EXTENDED AND MODIFIED BY GENERAL ORDERS 2020- 11, 2020-17 AND 2020-18) THROUGH NOVEMBER 1, 2020.**
>
> **IT IS ANTICIPATED THAT ALL PERSONS WILL APPEAR TELEPHONICALLY AND ALSO MAY APPEAR VIA VIDEO AT THIS HEARING.**
>
> **AUDIO COMMUNICATION WILL BE BY USE OF THE COURT'S DIAL-IN FACILITY. YOU MAY ACCESS THE FACILITY AT (832) 917-1510. YOU WILL BE RESPONSIBLE FOR YOUR OWN LONG-DISTANCE CHARGES. ONCE CONNECTED, YOU WILL BE ASKED TO ENTER THE CONFERENCE ROOM NUMBER. JUDGE JONES CONFERENCE ROOM NUMBER IS 205691.**
>
> **YOU MAY VIEW VIDEO VIA GOTOMEETING. TO USE GOTOMEETING, THE COURT RECOMMENDS THAT YOU DOWNLOAD THE FREE GOTOMEETING APPLICATION. TO CONNECT, YOU SHOULD ENTER THE MEETING CODE "JUDGEJONES" IN THE GOTOMEETING APP OR CLICK THE LINK ON JUDGE JONES' HOME PAGE ON THE SOUTHERN DISTRICT OF TEXAS WEBSITE. ONCE CONNECTED, CLICK THE SETTINGS ICON IN THE UPPER RIGHT CORNER AND ENTER YOUR NAME UNDER THE PERSONAL INFORMATION SETTING.**
>
> **HEARING APPEARANCES MUST BE MADE ELECTRONICALLY IN ADVANCE OF THE HEARING. TO MAKE YOUR ELECTRONIC APPEARANCE, GO TO THE SOUTHERN DISTRICT OF TEXAS WEBSITE AND SELECT "BANKRUPTCY COURT" FROM THE TOP MENU. SELECT "JUDGES' PROCEDURES," THEN "VIEW HOME PAGE" FOR JUDGE JONES. UNDER "ELECTRONIC APPEARANCE" SELECT "CLICK HERE TO SUBMIT ELECTRONIC APPEARANCE". SELECT THE CASE NAME, COMPLETE THE REQUIRED FIELDS AND CLICK "SUBMIT" TO COMPLETE YOUR APPEARANCE.**

UTEX Industries, Inc. and its debtor affiliates in the above-captioned chapter 11 cases, as debtors and debtors in possession (collectively, the "**Debtors**"), respectfully represent as follows in support of this motion (the "**Motion**"):

### Relief Requested

1. By this Motion, pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and Rule 1015-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of Texas (the "**Local Rules**"), the

Debtors request entry of an order directing consolidation of their chapter 11 cases for procedural purposes only.

2. A proposed form of order granting the relief requested herein is annexed hereto as **Exhibit A** (the "**Proposed Order**").

### Jurisdiction

3. The Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409.

### Background

4. On the date hereof (the "**Petition Date**"), the Debtors each commenced with this Court a voluntary case under chapter 11 of the Bankruptcy Code. The Debtors are authorized to continue to operate their business and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No trustee, examiner, or statutory committee of creditors has been appointed in these chapter 11 cases.

5. On October 1, 2020, the Debtors executed a restructuring support agreement (the "**RSA**") with (i) certain of their secured lenders (collectively, with other creditors that may sign joinders to the RSA, the "**Consenting Creditors**") that hold approximately 81.6% of the outstanding principal amount of the First Lien Loans (as defined in the RSA) and approximately 90.4% of the outstanding principal amount of the Second Lien Loans (as defined in the RSA) and (ii) Riverstone Gamma Holdings LP, the direct and indirect holder of 100% of the equity interests in the Debtors (the "**Consenting Investor**"). Pursuant to the RSA, the Consenting Creditors and Consenting Investor agreed to, as applicable, vote in favor of and support confirmation of the *Joint Prepackaged Chapter 11 Plan of UTEX Industries, Inc. and Its Affiliated Debtors* (the "**Prepackaged Plan**").

5

6. Prior to the Petition Date, on October 1, 2020, the Debtors commenced the solicitation of votes on the Prepackaged Plan from the holders of First Lien Loans and Second Lien Loans on the basis of the *Disclosure Statement for Joint Prepackaged Chapter 11 Plan of UTEX Industries, Inc. and Its Affiliated Debtors* pursuant to sections 1125(g) and 1126(b) of the Bankruptcy Code.  Consistent with their obligations under the RSA, the Debtors are seeking to emerge from chapter 11 on an expedited basis.

7. Additional information regarding the Debtors' business and capital structure and the circumstances leading to the commencement of these chapter 11 cases is set forth in the *Declaration of Pete T. Sanchez in Support of the Debtors' Chapter 11 Petitions and First Day Relief*, sworn to on the date hereof (the "**Sanchez Declaration**"),  filed contemporaneously herewith and incorporated herein by reference.

## Relief Requested Should be Granted

8. Bankruptcy Rule 1015(b) provides, in relevant part, that "[i]f . . . two or more petitions are pending in the same court by or against . . . a debtor and an affiliate, the court may order a joint administration of the estates." Fed. R. Bankr. P. 1015(b).  Under section 101(2) of the Bankruptcy Code, the term "affiliate" means:

> (A) [an] entity that directly or indirectly owns, controls, or holds with power to vote, 20 percent or more of the outstanding voting securities of the debtor, other than an entity that holds such securities—
>
> > (i) in a fiduciary or agency capacity without sole discretionary power to vote such securities; or
> >
> > (ii) solely to secure a debt, if such entity has not in fact exercised such power to vote;
>
> (B) [a] corporation 20 percent or more of whose outstanding voting securities are directly or indirectly owned, controlled, or held with power to vote, by the debtor, or by an entity that directly or indirectly owns, controls, or holds with power to vote, 20 percent or more of

>> the outstanding voting securities of the debtor, other than an entity that holds such securities—
>
>> (i) in a fiduciary or agency capacity without sole discretionary power to vote such securities; or
>
>> (ii) solely to secure a debt, if such entity has not in fact exercised such power to vote . . . .

11 U.S.C. § 101(2).  In addition, Local Rule 1015-1 provides for the joint administration of related chapter 11 cases.  The Debtors are affiliates of one another because RSH UTEX Holdings, LLC owns, either directly or indirectly, 100% of the outstanding voting interests in each of the other Debtors.  Accordingly, this Court is authorized to jointly administer these cases for procedural purposes.

9. Joint administration of these cases will save the Debtors and their estates substantial time and expense because it will remove the need to prepare, replicate, file, and serve duplicative notices, applications, and orders.  Joint administration will also relieve the Court from entering duplicative orders and maintaining duplicative files and dockets.  The United States Trustee for the Southern District of Texas and other parties in interest will similarly benefit from joint administration of these chapter 11 cases, sparing them the time and effort of reviewing duplicative dockets, pleadings, and papers.

10. Joint administration will not adversely affect creditors' rights because this Motion requests only the administrative consolidation of the estates for procedural purposes and does not seek substantive consolidation.  As such, each creditor will continue to hold its claim against a particular Debtor's estate after this Motion is approved.

11. The Debtors respectfully request that these cases be administered under the following caption:

7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| UTEX INDUSTRIES, INC., *et al.*, | § § | Case No. 20-34932 (DRJ) |
| Debtors.[1] | § § § | (Jointly Administered) |

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: UTEX Industries, Inc. (9867), RSH Utex Holdings, LLC (4048), Industrial Sealing Solutions Holdings Inc. (0104), UI Sealing Technologies Intermediate Holdings, Inc. (9553), UTEX Holding, Inc. (8260), Applied Rubber Technology, Inc. (1790), CAM Specialty Intermediate Holdings, Inc. (9099), CAM Specialty Products, Inc. (8342), Duraquest, Inc. (7017), Work Manufacturing, L.L.C. (5341), Energy Products LLC (8160), and Arefco Seals, Inc. (5258). The Debtors' mailing address is 10810 Katy Freeway, Suite 100, Houston, TX 77043.

12. The Debtors also request that the following notation be entered on the docket in each Debtor's chapter 11 case (other than the chapter 11 case of UTEX Industries, Inc.) to reflect the joint administration of these cases:

> An order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 cases of UTEX Industries, Inc., *et al.* The docket in Case No. 20-34932 (DRJ) should be consulted for all matters affecting this case.

13. The relief requested herein is necessary, appropriate, and in the best interests of the Debtors, their estates, and all other parties in interest in these cases. Accordingly, the Court should authorize the relief requested.

**Notice**

14. Notice of this Motion will be provided to (i) the Office of the United States Trustee for the Southern District of Texas; (ii) the holders of the 30 largest unsecured claims against the Debtors on a consolidated basis; (iii) Milbank LLP, 55 Hudson Yards, New York, NY 10001-2163 (Attn: Evan Fleck, Esq., Matthew Brod, Esq., and Daniel Porat, Esq.), counsel to the Ad Hoc Group of First Lien Lenders; (iv) Akin Gump Strauss Hauer & Feld LLP, Bank of America

8

Tower, 1 Bryant Park, New York, NY 10036 (Attn: Ira Dizengoff, Esq., Daniel Fisher, Esq., and Jason Rubin, Esq.), counsel to certain First Lien and Second Lien lenders; (v) Shearman & Sterling LLP, 599 Lexington Avenue, Lexington Ave, New York, NY 10022 (Attn: Fredrick Sosnick, Esq. and Michael Guippone, Esq.), counsel to the First Lien Administrative Agent; (vi) the Internal Revenue Service; (vii) the United States Attorney's Office for the Southern District of Texas; (viii) the Securities and Exchange Commission; and (ix) any other party entitled to notice pursuant to Local Rule 9013 1(d).

## **No Previous Request**

15.     No previous request for the relief sought herein has been made by the Debtors to this or any other court.

WHEREFORE the Debtors respectfully request entry of the Proposed Order granting the relief requested herein and such other and further relief as the Court may deem just and appropriate.

Dated: October 8, 2020
      Houston, Texas

      /s/ Alfredo R. Pérez
WEIL, GOTSHAL & MANGES LLP
Alfredo R. Pérez (15776275)
700 Louisiana Street, Suite 1700
Houston, Texas 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511
Email: Alfredo.Perez@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Matthew S. Barr (*pro hac vice* pending)
Ryan Preston Dahl (*pro hac vice* pending)
Gabriel Morgan (*pro hac vice* pending)
Jason L. Hufendick (*pro hac vice* pending)
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email: Matt.Barr@weil.com
      Ryan.Dahl@weil.com
      Gabriel.Morgan@weil.com
      Jason.Hufendick@weil.com

*Proposed Attorneys for Debtors and Debtors in Possession*

## Certificate of Service

I hereby certify that on October 8, 2020, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas, and will be served as set forth in the Affidavit of Service to be filed by the Debtors' proposed claims, noticing, and solicitation agent.

                                                     */s/ Alfredo R. Pérez*
                                                     Alfredo R. Pérez

# Exhibit A

**Proposed Order**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| UTEX INDUSTRIES, INC., | § § | Case No. 20-34932 (DRJ) |
| Debtor. | § § | |
| Tax I.D. No. 74-0959867 | § § § § | (Emergency Hearing Requested) |
| In re: | § § § | Chapter 11 |
| UTEX HOLDING, INC., | § § | Case No. 20-34944 (DRJ) |
| Debtor. | § § | |
| Tax I.D. No. 20-3298260 | § § § § | (Emergency Hearing Requested) |
| In re: | § § § | Chapter 11 |
| APPLIED RUBBER TECHNOLOGY, INC., | § § § | Case No. 20-34934 (DRJ) |
| Debtor. | § § | |
| Tax I.D. No. 76-0101790 | § § § § | (Emergency Hearing Requested) |
| In re: | § § § | Chapter 11 |
| CAM SPECIALTY INTERMEDIATE HOLDINGS, INC., | § § § | Case No. 20-34937 (DRJ) |
| Debtor. | § § | |
| Tax I.D. No. 26-1949099 | § § § § § | (Emergency Hearing Requested) |

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **DURAQUEST, INC.,** | § | **Case No. 20-34939 (DRJ)** |
| | § | |
| Debtor. | § | |
| | § | **(Emergency Hearing Requested)** |
| **Tax I.D. No. 76-0367017** | § | |
| | § | |
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **ENERGY PRODUCTS LLC,** | § | **Case No. 20-34940 (DRJ)** |
| | § | |
| Debtor. | § | |
| | § | **(Emergency Hearing Requested)** |
| **Tax I.D. No. 46-2738160** | § | |
| | § | |
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **AREFCO SEALS, INC.,** | § | **Case No. 20-34936 (DRJ)** |
| | § | |
| Debtor. | § | |
| | § | **(Emergency Hearing Requested)** |
| **Tax I.D. No. 84-1645258** | § | |
| | § | |
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **CAM SPECIALTY PRODUCTS, INC.,** | § | **Case No. 20-34938 (DRJ)** |
| | § | |
| Debtor. | § | |
| | § | **(Emergency Hearing Requested)** |
| **Tax I.D. No. 76-0018342** | § | |
| | § | |
| | § | |

2

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **WORK MANUFACTURING, L.L.C.,** | § | **Case No. 20-34945 (DRJ)** |
| | § | |
| **Debtor.** | § | |
| | § | **(Emergency Hearing Requested)** |
| **Tax I.D. No. 20-1295341** | § | |
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **RSH UTEX HOLDINGS, LLC** | § | **Case No. 20-34942 (DRJ)** |
| | § | |
| **Debtor.** | § | |
| | § | **(Emergency Hearing Requested)** |
| **Tax I.D. No. 82-3474048** | § | |
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **INDUSTRIAL SEALING SOLUTIONS HOLDINGS INC.** | § | **Case No. 20-34941 (DRJ)** |
| **Debtor.** | § | |
| | § | **(Emergency Hearing Requested)** |
| **Tax I.D. No. 27-4110104** | § | |
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **UI SEALING TECHNOLOGIES INTERMEDIATE HOLDINGS INC.** | § | **Case No. 20-34943 (DRJ)** |
| **Debtor.** | § | |
| | § | **(Emergency Hearing Requested)** |
| **Tax I.D. No. 20-8879553** | § | |

### ORDER PURSUANT TO FED. R. BANKR. P. 1015(b) AND LOCAL RULE 1015-1 DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES

Upon the motion, dated October 8, 2020 (the "**Motion**")[1] of UTEX Industries, Inc. and its affiliated debtors in the above-captioned chapter 11 cases, as debtors and debtors in

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

3

possession (collectively, the "**Debtors**"), for entry of an order pursuant to Bankruptcy Rule 1015(b) and Local Rule 1015-1 directing joint administration of their chapter 11 cases, all as more fully set forth in the Motion; and upon consideration of the Sanchez Declaration; and this Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided; and such notice having been adequate and appropriate under the circumstances, and it appearing that no other or further notice need be provided; and this Court having reviewed the Motion; and this Court having held a hearing to consider the relief requested in the Motion; and all objections, if any, to the Motion have been withdrawn, resolved, or overruled; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and it appearing that the relief requested in the Motion is in the best interests of the Debtors and their respective estates and creditors; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**

1. The Motion is granted to the extent set forth herein.

2. The above-captioned chapter 11 cases are consolidated for procedural purposes only and shall be jointly administered by the Court under Case No. 20-34932 (DRJ). Additionally, the following checked items are ordered:

  ☒ One disclosure statement and plan of reorganization may be filed for all cases by any plan proponent.

  ☒ Parties may request joint hearings on matters pending in any of the jointly administered cases.

☒ Other: See below.

3. Nothing contained in this Order shall be deemed or construed as directing or otherwise affecting the substantive consolidation of any of the above-captioned cases, the Debtors, or the Debtors' estates. The caption of the jointly administered cases should read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| **UTEX INDUSTRIES, INC.**, *et al.*, | § | Case No. 20-34932 (DRJ) |
| | § | |
| Debtors.[1] | § | (Jointly Administered) |
| | § | |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: UTEX Industries, Inc. (9867), RSH Utex Holdings, LLC (4048), Industrial Sealing Solutions Holdings Inc. (0104), UI Sealing Technologies Intermediate Holdings, Inc. (9553), UTEX Holding, Inc. (8260), Applied Rubber Technology, Inc. (1790), CAM Specialty Intermediate Holdings, Inc. (9099), CAM Specialty Products, Inc. (8342), Duraquest, Inc. (7017), Work Manufacturing, L.L.C. (5341), Energy Products LLC (8160), and Arefco Seals, Inc. (5258). The Debtors' mailing address is 10810 Katy Freeway, Suite 100, Houston, TX 77043.

4. A docket entry shall be made in each of the above-captioned cases (except the chapter 11 case of UTEX Industries, Inc.) substantially as follows:

> An order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 cases of UTEX Industries, Inc., *et al.* The docket in Case No. 20-34932 (DRJ) should be consulted for all matters affecting this case.

5. The Debtors shall maintain, and the Clerk of the United States Bankruptcy Court for the Southern District of Texas shall keep, one consolidated docket, one file, and one consolidated service list for these chapter 11 cases.

6. The Debtors are authorized to take all actions necessary or appropriate to carry out the relief granted in this Order.

5

WEIL:\97458653\7\78263.0003

7. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated: _____, 2020
      Houston, Texas

                                          UNITED STATES BANKRUPTCY JUDGE